THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAYMOND O'KEEFE, ANTONIO ROMEO, LOUIS DIMBRO, JOSEPH BANOVIC, Alias " BINGO JOE ", KEISER JOSEPH, Alias " MUSHY KEISER ", DEMETRIUS SARACENO, SIDNEY GOODSITE, Alias. " SHIMMY ", MARTIN MONDOLFI, LOUIS FIATO, and JOSEPH CAPALACES, Appellants, et al., Defendants.

Argued October 9, 1953; decided November 20, 1953.

*John Lo Pinto, Paul R. Shanahan, Harry S. Travis, John J. Cucci, Theodore H. Cohn* and *John J. McKinney* for appellants.

*Robert E. Fischer, District Attorney (Louis M. Greenblott* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. [See 306 N. Y. 744.]